# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## CASE NUMBER: 6:15-MC-77-ORL-41GJK

REAL ESTATE TRAINING
INTERNATIONAL, LLC,

    Plaintiff,

v.

THE NICK VERTUCCI COMPANIES,         *Currently Pending in* the C.D. Cal.
INC. and NICK VERTUCCI,                          Case No: 8:14-cv-00546

    Defendants.
_____/

**JOINT STIPULATION FOR ORDER OF DISMISSAL OF MISCELLANEOUS ACTION**

    Pursuant to Federal Rule of Civil Procedure 41(a)(2), The Nick Vertucci Companies, Inc. and Nick Vertucci (the "NVC Parties") and Giovanni Fernandez and Elise Sabatino (the "Subpoenaed Parties"), by and through their respective undersigned counsel, stipulate and agree as follows, and respectfully request that this Court enter an Order of Dismissal integrating the following terms:

1. The Subpoenaed Parties were personally served with the Motion to Compel ("Motion") and this Court's January 14, 2016 Order (Dkt. # 5) on January 16, 2016;

2. The NVC Parties and the Subpoenaed Parties have met and conferred through counsel, and pursuant thereto, the Subpoenaed Parties have produced additional documents subsequent to the filing of the Motion;

3. The NVC Parties and the Subpoenaed Parties have reached an agreement to amicably resolve the Motion and dismiss the above-styled miscellaneous action upon the entry of the order of this Court contemplated herein;

4. Giovanni Fernandez ("Fernandez") will sit for a continuation of his previously commenced deposition, for a duration of four hours, on or before February 5, 2016;

5. Fernandez will produce to the NVC Parties approximately thirty e-mails selected by the NVC Parties for production in individual format with attachments;  and

6. Each side shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: January 25, 2016

| | |
|---|---|
| *s/ James S. Toscano,* | *s/ David A. Meek II* |
| James S. Toscano, Esq. | David A. Meek II, Esq. |
| Florida Bar No.  899909 | Florida Bar No.  0059314 |
| Lowndes, Drosdick, Doster, Kantor & Reed | Akerman, LLP |
| 215 North Eola Drive | Post Office Box 231 |
| Orlando, Florida 32801 | 420 South Orange Avenue, Suite 1200 |
| Telephone:  (407) 843-4600 | Orlando, Florida 32802-0231 |
| Fax:  (407) 843-4444 | Telephone:  (407) 423-4000 |
| jim.toscano@lowndes-law.com | Fax:  (407) 843-6610 |
| | david.meek@akerman.com |
| *Counsel for Giovanni Fernandez and Elise Sabatino* | *Counsel for The Nick Vertucci Companies, Inc. and Nick Vertucci* |

## CERTIFICATE OF SERVICE

**I hereby certify** that on January 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the attorneys and individuals listed in the Service List below were served in the manner designated below.

/s/David A. Meek, Esq.
David A. Meek, Esq.

## SERVICE LIST

James S. Toscano, Esq.
Lowndes Drosdick Doster Kantor & Reed P. A.
P.O. Box 2809
Orlando, FL 32802-2809
Telephone: (407) 843-4600
E-mail: jim.toscano@lowndes-law.com
Attorney for Giovanni Fernandez and Elise Sabatino

*Service via U.S. Mail and E-mail*

Jeffrey D. Cawdrey, Esq.
Kimberly D. Howatt, Esq.
Gordon & Rees LLP
101 West Broadway
Suite 2000
San Diego, CA 92101
691-696-6700 – Phone
jcawdrey@gordonrees.com
khowatt@gordonrees.com
Attorneys for Real Estate Training International, Inc. and Armando Montelongo

*Service via U.S. Mail and E-mail*

{37222038;1}